AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:25-mj-00061 |
| Prasan Nepal | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Prasan Nepal                                                                                                    .

Date:      05/01/2025

*Attorney's signature*

Paulette Pagán Bar No. 1737374
*Printed name and bar number*
Price Benowitz LLP
409 7th Street NW Suite 200
Washington D.C. 20004

*Address*

paulette@pricebenowitz.com
*E-mail address*

(202) 731-9882
*Telephone number*

(202) 334-6661
*FAX number*