AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

PRASAN NEPAL,
aka "TRIPPY,"

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00061
Assigned To : Faruqui, Zia M.
Assign. Date : 4/15/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Prasan Nepal aka "Trippy,"                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(g) (Child Exploitation Enterprise)

Date:     04/15/2025

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/22/2025 , and the person was arrested on *(date)* 04/22/2025 at *(city and state)* GREENSBORO, NC . |
| Date: 04/23/2025 |

*Arresting officer's signature*

NICHOLAS L. COMBS   FBI TF
*Printed name and title*