UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on June 6, 2025**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 25-MJ-61 (ZMF) |
| | : | |
| PRASAN NEPAL, | : | VIOLATION: |
| also known as "Trippy," and | : | |
| | : | 18 U.S.C. § 2252A(g) |
| LEONIDAS VARAGIANNIS, | : | (Child Exploitation Enterprise) |
| also known as "War," | : | |
| | : | FORFEITURE: |
| Defendants. | : | 18 U.S.C. § 2253(a), and |
| | : | 21 U.S.C. § 853(p) |
| | : | |

## <u>INDICTMENT</u>

The Grand Jury charges that, at all times material to this Indictment, on or about the dates and times states below:

### <u>Introduction</u>

1.    The defendants, PRASAN NEPAL ("NEPAL"), also known as "Trippy," and LEONIDAS VARAGIANNIS ("VARAGIANNIS"), also known as "War," were leaders in the "764" network, a criminal organization whose members and associates engaged in the sexual exploitation of children, the possession and distribution of child pornography, extortion, and acts of violence in the District of Columbia and elsewhere. Together with others known and unknown to the grand jury, NEPAL and VARAGIANNIS conspired to create and direct 764 and a group on Encrypted Application A called "764 Inferno," which was composed of core 764 members and

1

leaders. In their leadership role, in addition to their own actions, NEPAL and VARAGIANNIS instructed others how to exploit and groom minor victims and engage in acts of violence. 764 members who complied with these instructions were rewarded with increasing stature within 764.

## Background on 764

2.      764 was a network of violent extremists who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals, often with the overarching objective to bring about societal collapse by sowing chaos, destruction, and social instability. Members work individually and as part of a network to corrupt and exploit vulnerable populations, which often include minors.

3.      Members of 764, both individually and as a network, targeted vulnerable minors across the United States and the globe. Members of 764 frequently used social media communication platforms to connect with minor victims, desensitize them to violence, and normalize the possession, production, and sharing of Child Sexual Abuse Material ("CSAM") and gore material. The victims were targeted online, often through synchronized group chats.

4.      Members of 764 frequently conducted coordinated extortions of minor victims by grooming them to produce CSAM and then extorting the victims into producing more 764 content and complying with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

5.      Members of 764 systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. Members of 764 edited compilation photographs or videos of targeted individuals and shared

these photographs and videos on social media platforms for the purpose of gaining notoriety within the network, spreading fear among targeted individuals, and otherwise achieving the goals of the network.

6.    Members of 764 adopted various monikers to identify themselves. The network changed names over time, which led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of 764.

7.    764's accelerationist goals included social unrest and the downfall of the current world order, including the United States Government. Members of 764 worked in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

8.    764 Inferno was a group on Encrypted Messaging Application A comprised of core 764 members and leaders.[1] Members of 764 Inferno used the group to distribute links containing child sexual abuse material and self-harm material. This content was then used by group members to further extort the minor victims depicted in the images for additional child sexual abuse material or material depicting self-harm.

### Defendants and Co-Conspirators

9.    NEPAL joined 764 in or around late 2020 or early 2021, and worked with others known and unknown, including Individual 1, to establish the group. After Individual 1's arrest on or about August 25, 2021, NEPAL emerged as a leader of 764 and remained in that position through April 2025. In his capacity as a member and leader of 764, NEPAL used several online monikers,

---

[1]    Throughout the rest of the Indictment, references to "764" refer to the broader 764 network. References to "764 Inferno" refer to the 764 Inferno group on Encrypted Messaging Application A.

including, "Leather Jacket," "Rebirth," "Indras Jester," and "KingKrampus," but he was most widely known in 764 Inferno as "Trippy."

10.    VARAGIANNIS joined 764 in or around December 2023 and used several online monikers, including, "mercyisweak," "mercyisweak2," and "sinisterfuck," but he was most widely known as "War." VARAGIANNIS was a United States citizen. Throughout his participation in the 764, VARAGIANNIS resided in Greece.

11.    Defendants NEPAL and VARAGIANNIS were leaders of 764 and administrators of 764 Inferno, the members of which constitute a Child Exploitation Enterprise (the "764 Inferno Child Exploitation Enterprise"). While NEPAL and VARAGIANNIS controlled 764 Inferno, they conspired with and directed others within the Enterprise to produce and share content depicting the sexual exploitation of minors and the self-harm of minors.

12.    The defendants controlled membership in 764 and access to 764 Inferno. The defendants posted instructions to group members regarding methods to exploit vulnerable minor children. The defendants interacted with group members by commenting on the content that was posted in the group. 764 relied on members recruiting other individuals into the group to generate additional content that was then used to promote the group.

13.    The leaders of 764, including the defendants and several of the co-conspirators listed herein, coordinated their activities in 764 Inferno. Access to 764 Inferno was limited to those individuals who had been invited by the leaders of 764, including NEPAL and VARAGIANNIS, and Co-Conspirator 1, a 764 member who was known by the moniker "Fail."

14.    While defendants NEPAL and VARAGIANNIS were leading 764 Inferno, they, in addition to Co Conspirator 1, conspired with and directed others within 764 Inferno to commit crimes in furtherance of the 764 Inferno Child Exploitation Enterprise. These co-conspirators

included, but were not limited to:

- Co-Conspirator 1, also known as "Fail,"
- Co-Conspirator 2, also known as "Slain,"
- Co-Conspirator 3, also known as "Axx,"
- Co-Conspirator 4, also known as "Praise,"
- Co-Conspirator 5, also known as "Kills,"
- Co-Conspirator 6, also known as "Morgue,"
- Co-Conspirator 7, also known as "Acid,"
- Co-Conspirator 8, also known as "Whispers,"
- Co-Conspirator 9, also known as "Bank,"
- Co-Conspirator 10, also known as "Gores,"
- Co-Conspirator 11, also known as "Chai,"
- Co-Conspirator 12, also known as "Tears,"
- Co-Conspirator 13, also known as "Molly,"
- Co-Conspirator 14, also known as "Flaak,"
- Co-Conspirator 15, also known as "Ven,"
- Co-Conspirator 16, also known as "Arukk,"
- Co-Conspirator 17, also known as "Trap,"
- Co-Conspirator 18, also known as "Darkheart,"
- Co-Conspirator 19, also known as "Vincent Cane"
- Co-Conspirator 20, also known as "Icon,"
- Co-Conspirator 21, also known as "Skvll," and
- Co-Conspirator 22, also known as "Neo."

## VENUE

15.     To be admitted into 764, defendants NEPAL and VARAGIANNIS required prospective members to produce and share what they referred to as "content," which included images and videos depicting minors engaged in sexually explicit conduct, self-mutilation, self-immolation, animal cruelty, and acts of violence against other people and property ("764 Content"). While a member of 764, Co-Conspirator 5 recruited Co-Conspirator 23, also known as "Nox," who resided in Washington, D.C. Co-Conspirator 23 stored 764 Content belonging to Co-Conspirator 5 on his digital devices in the District of Columbia.

16.     This stored content included images of the words "764 Kills" written in red on a wall

and a video of Minor Victim 1 ("MV-1") standing topless with her breasts exposed, talking to someone on a live chat while she poured bleach on her arm and set her arm on fire. The self-immolation video depicting MV-1 was produced by Co-Conspirator 5 for the purpose of being promoted within 764. Co-Conspirator 5 and Co-Conspirator 23 conspired together to coerce MV-1 to produce the video by first grooming MV-1 over several months, persuading her to produce CSAM, and then extorting her into producing the self-immolation video and other self-harm content for 764.

### Defendants Control and Leadership of 764

17.    Defendants NEPAL and VARAGIANNIS acted as leaders of 764, including by directing and controlling the recruitment of 764 members and by acting as the owner and/or administrator of 764 Inferno. Defendants NEPAL and VARAGIANNIS, along with Co-Conspirator 1, controlled recruitment to 764. Once the defendants admitted prospective members into the broader 764 network, they would determine which prospective members would be admitted or excluded from 764 Inferno and which members would be promoted. To remain in 764 Inferno, NEPAL and VARAGIANNIS required members to continue producing and posting 764 Content. NEPAL and VARAGIANNIS regularly monitored activity within 764 Inferno.

### Recruitment

18.    On or about June 5, 2024, while NEPAL and VARAGINANNIS were leading and managing 764 and 764 Inferno, Co-Conspirator 5 expressed his desire to be recruited into 764. He contacted Co-Conspirator 2, writing, "yo lemme get recruited back to 764." Co-Conspirator 5 offered to produce "blood content" and claimed that he had "sluts lined up that'll do anything for me." VARAGIANNIS and Co-Conspirators 2, 3, and 4, discussed whether Co-Conspirator 5's content was good enough to allow him to join 764. VARAGIANNIS complimented Co-Conspirator 5's content, noting that he "already got a bitch to suicide for 764." Referring to the video of the

6

purported suicide produced and shared by Co-Conspirator 5, VARAGIANNIS added, "the ending was funny. When she fell over lmao."

19.    On or about June 25, 2024, NEPAL asked Co-Conspirator 3, "who do you want me to recruit?" Co-Conspirator 3 responded, "Browser, auroa and kills [Co-Conspirator 5]." NEPAL replied, "we won't recruit them unless they do some crazy shit."

20.    In further communications about Co-Conspirator 5, who used the moniker Kills, joining 764, Co-Conspirator 7 posted, "is KILLS good?" and "He wants to join." In response, Co-Conspirator 1 instructed Co-conspirator 7 to ask Co-Conspirator 5 to "make 764 content," but later responded, "oh nah tell him to speak with war," referring to VARAGIANNIS. *See* Figure No. 1. Co-Conspirator 7 responded, "KILLS is cool in my opinion" and shared a video with 764 Inferno chatroom, which shows what appears to be a young girl with blood on her abdomen. The video then moved up her body and shows what appears to be the word "Kills" in a red substance consistent with blood.



*Figure 1*

21.    On or about July 5, 2024, Co-Conspirator 5 joined 764 Inferno. After joining 764 Inferno, Co-Conspirator 5 posted several screenshots of his computer screen within 764 Inferno, which revealed a computer downloads folder with the title "Nudes," which included images and videos depicting what appeared to be minor girls with their naked breasts and/or their naked vaginas exposed. Some of the images depicted what appear to be the monikers of 764 members written on their bodies. In response to comments about the content visible on his computer screen, Co-Conspirator 5 stated, "u don't have as much cp as me tho," referring to child pornography.

<u>Production and Distribution of Child Pornography in 764</u>

22.    Members of 764 created a guide on how to obtain and produce 764 Content. The guide was shared by Defendant VARAGIANNIS in a public 764 channel on Encrypted Messaging Application A on September 13, 2024.

23.    The guide instructed members on "grooming" victims into producing content for 764 and advised members to target particularly vulnerable victims, such as individuals with depression or mental illness, referring to these targets as "e-girls." *See* Figure No. 2 below:



*Figure 2*

24. The guide also provided instructions on "Extortion," and advised prospective 764 members to manipulate girls and to groom them into providing personal information that could then be used to force them to create "blood content." *See* Figure No. 3 below:



*Figure 3*

25.    Defendants NEPAL and VARAGIANNIS also provided instructions in 764 Inferno on

how to extort and groom victims. On or about September 30, 2024, NEPAL wrote in 764 Inferno,

"Extortion is a form of discipline to little girls who might not have a father at home. It's a good

thing." On or about October 4, 2024, Lyc2024, a member of the 764 Inferno chatroom, posted a

photo of a female with "Lycan" written across her exposed breasts in what appears to be black

sharpie. Lyc then posted, "Next time in blood," "I have her school now so I could probably extort

her out of that." NEPAL responded, "You can. You have this image and you have her school, you

can blackmail her and tell her you will show this picture to her family n friends. She can avoid if

she just obeys you."

26.    On or about August 31, 2024, VARAGIANNIS, using display name "W," commented encouragingly on content posted by Co-Conspirator 4 in 764 Inferno. Co-Conspirator 4 posted a screenshot of a conversation with Minor Victim 3 ("MV-3"), in which he discussed soliciting a blood sign[2] from her. MV-3 was subsequently identified as a UK-based minor victim. The screenshot posted by Co-Conspirator 4 depicts MV-3 standing in a bathtub bleeding after stating, "I popped my cherry i don't know what to do it won't stop bleeding." There was a dildo-type sex toy visible in the image as well. The image appears to be taken by MV-3 and is pointing down at her feet such that her legs and feet are visible, with a substance that appears to be blood running down the inside of her leg. The sex toy is positioned next to her feet. In response, VARAGIANNIS commented, "I'm weak" and "I'm literally rolling rn."

27.    On or about August 26, 2024, members of 764 Inferno discussed "bringing back extortion" and that there would be "extorters editors." When Co-Conspirator 4 said, "lemme get in on that," VARAGIANNIS responded, "go for it," and explained that "only the best will get into inferno so everyone aware." Co-Conspirator 4 later shared content in 764 Inferno, which included CSAM depicting Minor Victim 2 ("MV-2").

**Purposes of the Child Exploitation Enterprise**

28.    The 764 Inferno Child Exploitation Enterprise used online social media communications platforms to facilitate the possession, production, and sharing of child sexual abuse material. By sharing this content, members of 764 sought to humiliate victims, and normalize the possession, production, and sharing of explicit CSAM and gore material for the purpose of grooming individuals to participate in future acts of violence and/or child exploitation. The purpose of 764

---

2    "Blood signs" are words written in a victim's blood by a victim, usually the word 764 or monikers associated with 764 members.

Inferno was to provide a venue for the production and distribution of content that was then used to recruit new members to 764, to promote members within the group, and to advance the group's overarching goals.

29.     Victims were targeted through synchronized group chats, in which 764 Inferno members would blackmail and coerce victims to engage in self-mutilation and online and in-person sexual acts. 764 Inferno members would use blackmail and other coercive methods to compel minor victims to produce images and videos depicting such acts. 764 Inferno members would then edit photographs or videos of their victims into compilations called "Lorebooks" that were then shared on social media platforms. Lorebooks often contained both child sexual abuse material as well as material depicting self-mutilation and acts of violence. By sharing Lorebooks, members enhanced their notoriety within the Child Exploitation Enterprise.

## MEANS AND METHODS OF THE CHILD EXPLOITATION ENTERPRISE

30.     Among the means and methods by which defendants NEPAL and VARAGIANNIS and other 764 Inferno co-conspirators conducted the affairs of the 764 Inferno Child Exploitation Enterprise, were the following:

   a.   Members of 764 Inferno targeted vulnerable populations, including minor girls with mental health challenges, exploited those vulnerabilities and attempted to gain their trust and then groom them to share private information and intimate visual depictions of themselves engaged in sexually explicit conduct.

   b.   Armed with this private information and intimate images of their victims, 764 Inferno members would then use this material to coerce victims into providing ever more extreme and degrading content, which included child sexual abuse material.

12

c.  The 764 Inferno members would then compile the material that they obtained from their victims into edited Lorebooks that they would then share within 764 Inferno.

d.  In their leadership roles, defendants NEPAL and VARAGIANNIS recruited prospective 764 Inferno members based on the quality and notoriety of the content they produced and posted online. The defendants judged the quality of the content based on its exploitation and humiliation value.

e.  764 Content, including Lorebooks containing child pornography, served as valuable currency within 764. The content generated and shared by 764 members through the extortion and sexual exploitation of vulnerable minor victims resulted in individual 764 members earning invitations to join 764 Inferno.

f.  After 764 Inferno members created and shared their content, the material was often stored in online "vaults" managed by designated 764 Inferno members who agreed to preserve the material for other members if they were "fedded," i.e. arrested or otherwise disrupted by law enforcement.

**Purposes of the Child Exploitation Enterprise**

31.  The purposes of the 764 Inferno Child Exploitation Enterprise included the following:

a. Distributing child pornography through 764 Inferno; and

b. Sexually exploiting children, including by means of extortion, to produce visual depictions of children engaged in sexually explicit conduct.

13

Sexual Exploitation of a Child and Conspiracy to Distribute Child Pornography

*Minor Victim 1*

32.    On or about February 9, 2025, Co-Conspirator 5 and Co-Conspirator 23 engaged in a video call with MV-1 on another encrypted messaging application ("Encrypted Messaging Application B"). During the video call, Co-Conspirator 23 and Co-Conspirator 5 threatened to release sexually explicit videos of MV-1, depicting MV-1 inserting objects including a hairbrush into her naked vagina, and to swat her house or call child protective services on her mother if MV-1 did not agree to produce cut signs[3] for Co-Conspirator 5 and Co-Conspirator 23 during the video call. Co-Conspirator 5 and Co-Conspirator 23 designed a cut sign depicting the words "Kills,' "N✝X," and "764," which they sent to MV-1 via a group chat on Encrypted Messaging Application B. Co-Conspirator 5 and Co-Conspirator 23 directed MV-1 to cut her body and to draw the cut sign with her blood. Co-Conspirator 5 continued to threaten MV-1 and coerced her into producing the video that was found on Co-Conspirator 23's phone, depicting MV-1 setting her arm on fire.

*Minor Victim 2*

33.    On or about August 29, 2024, while NEPAL and VARAGIANNIS were administrators of 764 Inferno, Co-Conspirator 4 posted a link in 764 Inferno to the "[MV-2] Lorebook," which contained a visual depiction of MV-2 engaged in sexually explicit conduct. The link contained a 36-second video showing MV-2 inserting her fingers into her naked vagina and doing cut signs on a live chat on Encrypted Messaging Application A. MV-2 participated in a cut-show on at least one occasion after someone threatened to release her private messages and images.

---

3    "Cut signs" are words cut into a victim's body, usually the word 764 or monikers associated with 764 members.

34.     On or about August 29, 2024, when Co-Conspirator 2 posted the CSAM depicting MV-7 and when Co-Conspirator 4 posted the CSAM depicting minor victim MV-2, NEPAL, using moniker "Trip-Eeeeeeeee Ee," was active in 764 Inferno.

35.     On or about August 29, 2024, and August 30, 2024, VARAGIANNIS was also active in the 764 Inferno group, posting on both dates.

*Minor Victim 4*

36.     On or about and between March 29, 2024, and March 30, 2024, VARAGIANNIS communicated with Minor Victim 4 ("MV-4"), a 13-year-old minor child using an Encrypted Messaging Application B Account. In direct messages with MV-4 on Encrypted Messaging Application B, VARAGIANNIS asked MV-4, "what you want." MV-4 responded, "[a] owner," and "[g]room me." VARAGIANNIS discussed his "kinks" with MV-4, including "knife play, gun play, CNC[4], age play." MV-4 stated, "I'm 12," indicating she was a 12-year-old minor child. MV-4 and VARAGIANNIS made statements during their communications indicating that they were simultaneously communicating over video chat. For example, MV-4 asked VARAGIANNIS, "[c]an you see me?" and VARAGIANNIS responded, "yeah." MV-4 subsequently stated that she had to leave the chat, and the following exchange occurred:

MV-4: We call later?

VARAGIANNIS: we'll see

MV-4: I'll do anything

VARAGIANNIS: cum for me then

---

4     CNC is an abbreviation that stands for "consensual non-consent," which is a form of role-playing in where participants engage in activities that simulate non-consensual scenarios.

MV-4: Rn[5] or later?

VARAGIANNIS: rn

The chat communications indicate that MV-4 produced a visual depiction of herself masturbating for VARAGIANNIS over a live video feed:

VARAGIANNIS: good pup

MV-4: Its so big

VARAGIANNIS: faster

MV-4: I cum

VARAGIANNIS: cute

37.    During the same conversation, VARAGIANNIS and MV-4 had the following exchange:

VARAGIANNIS: something to do with a marker and server, but its alr[6]

MV-4: Do I have to write 764 on me

VARAGIANNIS: you aren't dumb

MV-4: Wdym[7]

VARAGIANNIS: actually something else

38.    After a brief exchange about moving to a different server, they had the following exchange:

VARAGIANNIS: could do something else, actually nvm

---

5    "Rn" is an abbreviation that stands for "right now."

6    "Alr" is an abbreviation for "alright."

7    "Wdym" is an abbreviation for "what do you mean."

16

MV-4: Tell me

VARAGIANNIS: nah nah don't wanna waste your time, plus ik[8] you shy

MV-4: Baby, tell me

VARAGIANNIS: little strip tease for the server

MV-4: How may ppl.

VARAGIANNIS: only 3

MV-4: Who

VARAGIANNIS: you wouldn't know them

MV-4: R they nice. But I look fat

VARAGIANNIS: not really. You look fine

39.      Direct messages between MV-4 and VARAGIANNIS on Encrypted Messaging Application B, which were exchanged simultaneously with the live show that VARAGIANNIS proposed MV-4 perform on Encrypted Messaging Application B, reveal that VARAGIANNIS instructed MV-4 to remove her clothes and perform a "strip show" with the sound off so that she would not hear the comments of VARAGIANNIS and his associates as they watched her. After the live stream ended, MV-4 stated in direct messages to VARAGIANNIS, "I want to kms," an abbreviation for "kill myself."

*Minor Victim 5*

40.      On or about June 14, 2024, while NEPAL and VARAGIANNIS were administrators of the 764 Inferno group, Co-Conspirator 3 posted a link in 764 Inferno to a channel on Encrypted Messaging Application A entitled "[Minor Victim 5 ("MV-5")] Lorebook." The Lorebook contained images and videos depicting MV 5 engaged in sexually explicit conduct and self-harm. Specifically,

---

8      "ik" is an abbreviation for "I know."

the material contained visual depictions of MV-5 penetrating her naked vagina with her fingers and cutting the names of 764 members into her body. In addition, the Lorebook contained at least one visual depiction of MV-5 showing her exposed breasts and naked torso, with the moniker "NARO" and a symbol that was either cut into her body or written in blood. The material was produced between on or about October 1, 2022, and June 13, 2023, when MV-5 was 13 and 14 years old.

41.     On or about June 14, 2024, Co-Conspirator 3 posted MV-5's Lorebook twice in the 764 Inferno group. He initially posted the link at 8:25 a.m. PST and then again at 8:46 a.m. PST. Co-Conspirator 3 and other members of the 764 Inferno Child Exploitation Enterprise commented on the Lorebook. Another member of 764 Inferno asked, "what did you say at the end of the vid"?  Co-Conspirator 3 responded, "'SHE WAS LIKE 'PLEASE STOP' and I Said 'stfu[9] whore' and I kicked her again."

42.     On or about June 14, 2024, while Co-Conspirator 3 was positing this material, NEPAL was active in the 764 Inferno group. NEPAL posted in the 764 Inferno group five minutes before Co-Conspirator 3 posted the first link to the MV-5 Lorebook.  NEPAL posted again 17 minutes after Co-Conspirator 3 posted the second link. VARAGIANNIS was likewise active in 764 Inferno, and posted comments in the group the same day, June 14, 2024, between 7:41 a.m. PST and 7:56 a.m. PST.

*Minor Victim 6*

43.     On or about June 18, 2024, while NEPAL and VARAGIANNIS were administrators of the 764 Inferno group, Co-Conspirator 2 posted a compilation video to 764 Inferno, which included a clip from a known child pornography video called "Daisy's Destruction." The video depicts a toddler ("Minor Victim 6") hung upside from her feet while she is sexually assaulted and tortured by an adult.

---

9       "Stfu" is an abbreviation for "shut the fuck up."

According to the National Center for Missing and Exploited Children ("NCMEC"), the video is part of a known child pornography series named "Baby with Ice."

44.    On or about June 18, 2024, at 3:15 p.m., when Co-Conspirator 2 posted the "Daisy's Destruction" video, NEPAL was active in the 764 Inferno group. The last post in 764 Inferno before Co-Conspirator 2's post was a post by NEPAL stating, "I got some cool shit coming in too"; "I ain't doing it though, I don't do shit." Later the same day, NEPAL was active in 764 Inferno, communicating with Co-Conspirator 1 and discussing his decision whether to remove others from 764 Inferno for fighting. Posting under the moniker "Leather," NEPAL posted, "Fail [Co-Conspirator 1] let's remove some niggas from here" "I seen some argument."

45.    VARAGIANNIS was likewise active in 764 Inferno on or about June 18, 2024, posting material between 2:44 a.m. PST and 6:52 p.m. PST.

*Minor Victim 7*

46.    On or about August 29, 2024, while NEPAL and VARAGIANNIS were administrators of the 764 Inferno group, Co-Conspirator 2 posted a link in 764 Inferno to a channel on Encrypted Messaging Application A, which contained material entitled the "[Minor Victim 7 (MV-7)] Lorebook." The "MV-7" Lorebook contained images and videos of 14-year-old minor victim MV-7 engaged in sexually explicit conduct. The material included fan signs for 764 members that were drawn on MV-7's body as well as visual depictions of MV-7 inserting a hairbrush and other foreign objects into her naked vagina. In addition, degrading comments from 764 members made to and about MV-7, were also contained in the Lorebook. The video files in the MV-7 Lorebook include the following:

      i.    One five second video of MV-7, who appeared naked in the video, repeatedly inserting a purple hairbrush into her vagina.

    ii.    One nine-second video of MV-7 repeatedly inserting a foreign object into her vagina.

    iii.    One 18-second video captioned "I just fucked myself 2u :3" depicting MV-7 repeatedly inserting a foreign object, which appears to be a pen, into her vagina.

    iv.    One 10-second video of MV-7 repeatedly inserting her fingers into her vagina.

*Minor Victim 8*

47.    On or about August 31, 2024, at 2:12 a.m. PST, while NEPAL and VARAGIANNIS were administrators of the 764 Inferno group, Co-Conspirator 4 posted a link in 764 Inferno to the "[Minor Victim 8 (MV-8)]" Lorebook. The Lorebook contained visual depictions of a U.K.-based minor victim inserting her fingers into her naked vagina on an Encrypted Messaging Application B livestream. On or about September 4, 2024, additional content was posted to the MV-8 Lorebook channel, which contained visual depictions of a minor female engaging in masturbation with a foreign object. In the video depictions, MV-8's naked body is exposed to the camera, revealing that she is small in bone structure, with narrow hips and no visible public hair, supporting the inference that she is a minor.

48.    The files in the Lorebook include the following:

    i.    Three images of the minor with cuts across both breasts, and the word "Praise," Co-Conspirator 4, written across her breasts in blood and marker.

    ii.    One 44-second video of the minor inserting her fingers into her vagina repeatedly.

49.    On or about August 31, 2024, VARAGIANNIS was listed on a roster of 764 Inferno members. The MV-8 Lorebook was posted three hours after VARAGIANNIS posted a comment to the group.

*Minor Victim 9*

50.     On or about February 2, 2025, while in the District of Columbia, Co-Conspirator 23 engaged in a private chat on a mobile application with Minor Victim 9 ("MV-9"), who was located in Maryland, during which Co-Conspirator 23 attempted to extort MV-9 into producing CSAM. Co-Conspirator 23 told MV-9, "I got ur address and your leaks and i alr got ur parents numbers." Co-Conspirator 23 then threatened MV-9 by stating, "Imma send them ur leaks if u don't listen to me ok." Co-Conspirator 23 further stated, "I'm not a normal doxer. I have all ur parents info to. There SSN and date of birth.  I can tell, okay? Everything." MV-9 responded, "Ok ok I understand." Co-Conspirator 23 then directed MV-9 to "send me ur pussy with ur tits and face in frame." Co-Conspirator 23 further stated, "Ur going to be my e slut u do as I say ok? And I won't leak."

51.     On and between February 9, 2025, and February 12, 2025, while in the District of Columbia, Co-Conspirator 5 engaged in a private chat with MV-9 on a mobile messaging application, during which Co-Conspirator 5 attempted to coerce MV-9 to produce gore and self-harm images for his sexual gratification.  During the chat, Co-Conspirator 5 asked MV-9 "would you kill a animal for me?"  Co-Conspirator 5 further instructs MV-9 to "cut when im in vc[10] with u." Co-Conspirator 5 explained to MV-9, "I DONT KNOW WHY BUT BLOOD TURNS ME ON" (emphasis original).

52.     On or about March 19, 2025, Co-Conspirator 23 referred MV-9 to Co-Conspirator 5 and others for further extortion. On or about March 19, 2025, Co-Conspirator 23 wrote another individual ("Individual 2") the following in an encrypted chat:

Individual 2: Il bring u back get content for Thursday g

Co-Conspirator 23: Imma get this bitch [MV-9] she's good

Individual 2: [MV 9]?

---

10     "vc" means "voice chat."

Individual 2: she was my favourite cutut

Individual 2: slut

Co-Conspirator 23: I got her into com

Co-Conspirator 23: To cut for me

Co-Conspirator 23: Then [Co-Conspirator 5]

Co-Conspirator 23: Than yall

Co-Conspirator 23: I can extort his irl for you

Co-Conspirator 23: I can cut her up irl

Individual 2: listened to fetty wap while she cut for me

Co-Conspirator 23: Nigha I made her give me her grandmas credit card

## COUNT ONE
### (18 U.S.C. § 2252A(g))
### (Child Exploitation Enterprise)

53.     Paragraphs 1 through 52 of this Indictment are re-alleged and incorporated as though set forth herein. Beginning on a date unknown to the Grand Jury, but at least prior to 2021, and continuing through on or about April 29, 2025, in the District of Columbia, Middle District of North Carolina, and elsewhere, the defendants, **PRASAN NEPAL ("NEPAL"),** also known as "Trippy," and **LEONIDAS VARAGIANNIS ("VARAGIANNIS"),** also known as "War," and others known and unknown to the Grand Jury, knowingly and willfully engaged in a child exploitation enterprise, that is, the commission of a series of felony violations enumerated in Title 18, United States Code, Section 2252A(g) constituting at least three separate incidents involving more than one victim, specifically, Minor Victims 2, 4, 5, 6, 7, and 8. The felony violations committed by the defendants in concert with one another and other members of 764 include, but are not limited to, the following predicate offenses:

22

*Distribution Offenses*

54.    <u>As alleged in Paragraphs 40-42 of this Indictment</u>, on or about June 14, 2024, in the District of Columbia, Middle District of North Carolina, and elsewhere, defendants NEPAL and VARAGIANNIS, in concert with Co-Conspirator 3, did unlawfully conspire with each other and with other persons known and unknown to the grand jury to distribute any visual depiction, to wit: images depicting Minor Victim 5 that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18 United States Code Section 2252(a)(2), Distribution of Child Pornography.

55.    <u>As alleged in Paragraphs 43-45 of this Indictment</u>, on or about June 18, 2024, in the District of Columbia, Middle District of North Carolina, and elsewhere, defendants NEPAL and VARAGIANNIS, in concert with Co-Conspirator 2, did unlawfully conspire with each other and with other persons known and unknown to the grand jury to distribute any visual depiction, to wit: images depicting Minor Victim 6 that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18 United States Code Section 2252(a)(2), Distribution of Child Pornography.

56.    <u>As alleged in Paragraph 46 of this Indictment</u>, on or about August 29, 2024, in the District of Columbia, Middle District of North Carolina, and elsewhere, defendants NEPAL and VARAGIANNIS, in concert with Co-Conspirator 2, did unlawfully conspire with each other and with other persons known and unknown to the grand jury to distribute any visual depiction, to wit: images depicting Minor Victim 7 that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved

the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18 United States Code Section 2252(a)(2), Distribution of Child Pornography.

57. As alleged in Paragraphs 33-35 of this Indictment, on or about August 29, 2024, in the District of Columbia, Middle District of North Carolina, and elsewhere, Defendants NEPAL and VARAGIANNIS, in concert with Co-Conspirator 4, did unlawfully conspire with each other and with other persons known and unknown to the grand jury to distribute any visual depiction, to wit: images depicting Minor Victim 2 that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18 United States Code Section 2252(a)(2), Distribution of Child Pornography.

58. As alleged in Paragraphs 47-49 of this Indictment, on or about and between August 31, 2024, and September 4, 2024, in the District of Columbia and elsewhere, Defendant VARAGIANNIS, in concert with Co-Conspirator 4, did unlawfully conspire with each other and with other persons known and unknown to the grand jury to distribute any visual depiction, to wit: images depicting Minor Victim 8 that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18 United States Code Section 2252(a)(2), Distribution of Child Pornography.

*Sexual Exploitation of a Child Offense*

59. As alleged in Paragraphs 36-39 of this Indictment, on or about and between March 29, 2024, and March 30, 2024, in the District of Massachusetts and elsewhere, Defendant VARAGIANNIS, in concert with three other persons known and unknown to the grand jury did or attempted to employ, use, persuade, induce, entice, and coerce any minor, specifically Minor Victim

4, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18 United States Code Section 2251(a), Sexual Exploitation of a Child.

(**Child Exploitation Enterprise**, in violation of Title 18, United States Code, Sections 2252A(g).)

## FORFEITURE ALLEGATION

### Title 18, United States Code, Section 2253

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendants, **PRASAN NEPAL** and **LEONIDAS VARAGIANNIS** shall forfeit to the United States of America:

1.  Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

3.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

### ~~MONEY JUDGMENT~~

In the event of conviction, the United States intends to seek a money judgment.

**SUBSTITUTE ASSETS**

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p))

JEANINE FERRIS PIRRO
United States Attorney

*Janani J. Iyengar*
Janani Iyengar

Attorney of the United States in
and for the District of Columbia.

A TRUE BILL:

FOREPERSON.

26