UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PRASAN NEPAL, )<br>)<br>Defendant. )<br>) | Criminal Action No. 25-304-1 (RBW) |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue Status Hearing, ECF No. 23, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Unopposed Motion to Continue Status Hearing, ECF No. 23, is **GRANTED IN PART AND HELD IN ABEYANCE IN PART**. The motion is **GRANTED** to the extent it seeks to continue the status hearing. The motion is **HELD IN ABEYANCE** in all other respects, pending the filing of a notice signed by the defendant regarding the waiver of his Speedy Trial Act rights. It is further

**ORDERED** that the status hearing currently scheduled for December 4, 2025, is **CONTINUED** to March 12, 2026, at 11:30 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before December 1, 2025, the defendant shall file a notice on the docket, signed by the defendant, indicating whether he consents to the exclusion of time under the Speedy Trial Act from December 4, 2025, through March 12, 2026, in light of the need for additional time for the government to produce additional discovery and for the defendant to review the discovery in this case.

**SO ORDERED** this 20th day of November, 2025.

_____
REGGIE B. WALTON
United States District Judge