Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: CR 25-304-01 (RBW)
)
PRASAN NEPAL )
)
)

FILED
OCT 08 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF INDICTMENT

I, PRASAN NEPAL, the above-named defendant, who is accused of

Conspiracy to Commit Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251 (a)&(e)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on OCTOBER 8, 2026 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Prasan Nepal
Defendant

[signature]
Counsel for Defendant

Before: Reggie B. Walton
REGGIE B. WALTON
United States District Judge

Date: 10/8/2026