CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: CR 25-304-01 (RBW)
)
PRASAN NEPAL )
)
)

FILED
OCT 08 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Prasan Nepal
Defendant

Counsel for Defendant

I consent:

Assistant United States attorney

Approved:

REGGIE B. WALTON

United States District Judge

Date: 10/8/2026